MARY J. ROSEVELT, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued March 16, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 3, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Samuel Blythe Rogers* for appellant.

*William G. Bussey* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CLARENCE A. PARSONS, Respondent, *v.* CHARLES ROBINSON, Appellant.

(Argued March 17, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 2, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Delos McCurdy* for appellant.

*Edward C. Boardman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.